JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DAVID STALLWORTH,<br>　　　　　Plaintiff,<br>　　v.<br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>　　　　　Defendant. | Case No. 5:23-cv-01882-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: August 12, 2024　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEVE KIM
　　　　　　　　　　　　　　　　　　United States Magistrate Judge